UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: TRAVIS RUTLEDGE

    Debtor.
_____/

TRAVIS RUTLEDGE,

    Appellant,

v.

Case No. 18-10658

Hon. John Corbett O'Meara

RUBICON REALTY GROUP,

    Appellee.

_____/

## ORDER DISMISSING
## BANKRUPTCY APPEAL

The court received Travis Rutledge's notice of bankruptcy appeal on February 28, 2018, and issued a scheduling order on April 16, 2018. The scheduling order was mailed to Mr. Rutledge's address of record on April 16, 2018. The order was returned as undeliverable on April 24, 2018; Mr. Rutledge has not updated his address. According to the notice of transmittal of record from the bankruptcy court, Mr. Rutledge's Chapter 13 bankruptcy proceeding was dismissed on March 12, 2018. Neither party has filed a designation of record and Mr. Rutledge has not filed his appeal brief, which was due May 16, 2018. In light

of these circumstances, the court will dismiss Appellant's appeal for failure to prosecute.

**SO ORDERED.**

Date: May 24, 2018

<u>s/John Corbett O'Meara</u>
United States District Judge


I hereby certify that on May 24, 2018, a copy of this order was served upon the parties of record using the ECF system, and/or first-class U.S. mail.


<u>s/William Barkholz</u>
Case Manager